IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

CATHERINE LOUISE PAULIN,           )
                                   )
v.                                 )          1:08-0049
                                   )
MICHAEL J. ASTRUE, Commissioner of Social )
Security.                          )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be denied and Defendant's Motion be granted and the case dismissed. Plaintiff has duly filed objections to the Report and Recommendation.

The Court has considered the record in this case and determines that the recommendation of Magistrate Judge Bryant should be affirmed. There is substantial evidence in the record supporting the decision of the Administrative Law Judge and the recommendation of the Magistrate Judge.

Accordingly, the objections of the Plaintiff are overruled and the recommendation of the Magistrate Judge is affirmed. Plaintiff's Motion for Judgment on the Administrative Record, Document #14, is **DENIED** and Defendant's Motion for Judgment on the Record, Document #15, is **GRANTED**, and this case is **DISMISSED.**

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge